## HENRY W. WAGNER

*vs.*

## MONUMENTAL BREWING CO.

*Equity: pleading; allegations of bill must be sustained.*

Where a bill in equity not only is not sustained, but is actually contradicted by the complainant's proof, it should be dismissed.

A saloon property was leased under the condition that the Brewing Company owning it would furnish to the tenant beer at the lowest price charged to any other customer; a bill was filed by the saloon keeper for a discovery and an accounting, and a decree for such an amount as the plaintiff might be found to have paid in excess of the prices with which he should have been charged; the allegations of the bill were not sustained by the plaintiff's testimony, and it was held that the bill should be dismissed.

*Decided January 14, 1919.*

Appeal from Circuit Court No. 2 of Baltimore City. (AM-BLER, J.)

The cause was argued before BOYD, C. J., BRISCOE, BURKE, THOMAS, PATTISON, URNER, STOCKBRIDGE and CONSTABLE, JJ.

*William H. Surratt,* for the appellant.

*Eli Frank* (with whom were *Charles Lee Merriken* and *William L. Marbury,* on the brief), for the appellee.

The decision of the lower Court was affirmed, with costs, in an opinion by URNER, J.